IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**GLORIA GALLIEN SCOGGINS**                                                                 **PLAINTIFF**

v.                                    **Case No.: 4:21-cv-00730**

**INTUITIVE SURGICAL, INC., and**
**JOHN DOES 1–5**                                                                              **DEFENDANTS**

## ORDER

Plaintiff Gloria Gallien Scoggins has moved to dismiss this lawsuit without prejudice.[1] Defendants have not formally responded to the Motion. In an email to the court, however, Defendants stated that they "do not oppose" Ms. Scoggins's Motion to Dismiss Without Prejudice. Accordingly, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 7th day of July 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Pl.'s Mot. to Dismiss (Doc. 10).