IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**GLORIA GALLIEN SCOGGINS**                                                              **PLAINTIFF**

v.                             **Case No.: 4:21-cv-00730**

**INTUITIVE SURGICAL, INC., and**
**JOHN DOES 1–5**                                                                         **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice.

IT IS SO ADJUDGED this 7th day of July 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE